## BASALITE CONCRETE PRODUCTS, LLC; Pacific Coast Building Products, Inc., Plaintiffs–Appellants,

v.

## NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; Chartis Specialty Insurance Company, formerly known as American International Specialty Lines Insurance Company, Defendants–Appellees.

### No. 13–16223.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 14, 2015.

Filed Sept. 4, 2015.

Jeffery Laun Caufield, Caufield & James, LLP, San Diego, CA, for Plaintiffs–Appellants.

Daniel I. Graham, Jr., Esquire, Barbara Michaelides, Nicolaides Fink Thorpe Michaelides Sullivan LLP, Chicago, IL, Seth J. Manfredi, Esquire, Gordon & Rees LLP, San Francisco, CA, Richard H. Nicolaides, Jr., Bates Carey Nicolaides LLP, Chicago, IL, Sara M. Thorpe, Esquire, Nicolaides Fink Thorpe Michaelides Sullivan LLP, San Francisco, CA, for Defendants–Appellees.

Before: TALLMAN and CALLAHAN, Circuit Judges and ROSENTHAL,* District Judge.

### ORDER **

We **AFFIRM** the district court and adopt as the basis for our decision the well-reasoned Memorandum and Order granting the motion to dismiss.

---

* The Honorable Lee H. Rosenthal, District Judge for the U.S. District Court for the Southern District of Texas, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.